UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Holly A. Neuman                      Docket No. 5:16-MJ-1006-1

**Petition for Action on Probation**

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Holly A. Neuman, who, upon an earlier plea of guilty to 18 U.S.C. § 113, Simple Assault, was sentenced by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, on June 01, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently being supervised in the District of Colorado by U.S. Probation Officer Rachel L. Goldstein. Officer Goldstein reports that the defendant tested positive for marijuana use on her initial office visit on June 7, 2016. The defendant reported that she was a heavy methamphetamine user and had just completed a 21-day inpatient treatment program. To address any potential issues, Officer Goldstein is requesting that the conditions of supervision be modified to include a drug aftercare condition and a condition for warrantless searches.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall submit his/her person, property, house, residence, papers, [computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media,] or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his/her supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Except as herein modified, the judgment shall remain in full force and effect.

Holly A. Neuman
Docket No. 5:16-MJ-1006-1
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: 910-354-2537
Executed On: July 01, 2016

## ORDER OF THE COURT

Considered and ordered this __12th__ day of __July__, 2016, and ordered filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
U.S. Magistrate Judge