UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:16-MJ-1006-RN

| | | |
|---|---|---|
| **United States Of America** | ) | **AMENDED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Holly A. Neuman** | ) | |
| | ) | |

On June 1, 2016, Holly A. Neuman appeared before the Honorable Robert T. Numbers, II, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Simple Assault, 18 U.S.C. § 113, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on October 24, 2016, the court finds as a fact that Holly A. Neuman, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. The offender has absconded from supervision.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period time served.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

Dated: October 25, 2016

_____
Robert T. Numbers, II
United States Magistrate Judge